from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–432. IN RE DISBARMENT OF GRAFFAGNINO. It is ordered that Anthony J. Graffagnino, Jr., of Metairie, La., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–433. IN RE DISBARMENT OF GRAMZA. It is ordered that Allen E. Gramza, of Racine, Wis., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–56. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES v. COMMUNITY HEALTH SERVICES OF CRAWFORD COUNTY, INC., ET AL. C. A. 3d Cir. [Certiorari granted, 464 U. S. 812.] Motion of respondents for leave to file a supplemental brief after argument granted.

No. 83–997. TRANS WORLD AIRLINES, INC. v. THURSTON ET AL. C. A. 2d Cir. [Certiorari granted, 465 U. S. 1065]; and No. 83–1325. AIR LINE PILOTS ASSN., INTERNATIONAL v. THURSTON ET AL. C. A. 2d Cir. [Certiorari granted, 466 U. S. 926.] Motion of United Air Lines, Inc., for leave to file a brief as amicus curiae granted.

No. 83–1158. ESTATE OF THORNTON ET AL. v. CALDOR, INC. Sup. Ct. Conn. [Certiorari granted, 465 U. S. 1078.] Motion of Council of State Governments et al. for leave to file a brief as amici curiae granted.

No. 83–6570. IN RE BUCKMORE. Petition for writ of mandamus denied.

No. 83–1307. UNITED STATES v. POWELL. C. A. 9th Cir. Certiorari granted.

No. 83–1330. UNITED STATES v. HENSLEY. C. A. 6th Cir. Certiorari granted.